5/05-5458.DT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BRIAN GAUGHAN and KEVIN GAUGHAN, | ) |
| Plaintiffs, | ) |
| v. | ) No.: 05 C 4664 |
| OFFICER SCOTT CRAWFORD, POLICE CHIEF LARRY MASON, OFFICER KELLY GIVEN, THE CITY OF MARENGO, SPECIAL AGENT WILLIAM KRONCKE, SPECIAL AGENT VIRGIL SCHROEDER and SERGEANT RODNEY RILEY, | ) JUDGE KAPALA |
| Defendants. | ) MAGISTRATE MAHONEY |

**STIPULATION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT RILEY**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated between the parties, by and through their respective counsels, that all claims against Defendant Sergeant Rodney Riley are hereby dismissed, with prejudice, and without costs.

Respectfully submitted,

/s/ Melissa K. Ventrone
Melissa K. Ventrone, Esq.
Attorney for Plaintiffs
Law Offices of Kevin E. O'Reilly
Three First National Plaza
70 West Madison Street, Suite 2100
Chicago, IL 60602
312-726-4510 / 312-726-4512 (fax)

/s/ Kristen D. Alkire
Kristen D. Alkire, Esq.
Attorneys for Marengo Defendants
Knight, Hoppe, Kurnik & Knight, Ltd.
5600 N. River Road, #600
Rosemont, IL 60018
847-261-0700; 847-261-0714

5458 Stipulation- Riley 09-04-29

**CERTIFICATE OF SERVICE**

 The undersigned, one of the attorneys of record herein, hereby certifies that on May 7, 2009, the foregoing was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

- **Peter Chadwell Koch**
  pkoch@atg.state.il.us,mcapra@atg.state.il.us,kdonoghue@atg.state.il.us

- **William W. Kurnik**
  bkurnik@khkklaw.com

- **Kevin E. O'Reilly**
  keolaw@msn.com

- **Melissa K. Ventrone**
  mkv@kevineoreilly.com

             /s/ Kristen D. Alkire
             Kristen D. Alkire