# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Brian Gaughan, et al.
                              Plaintiff,

v.                                                           Case No.: 1:05−cv−04664
                                                            Honorable Frederick J. Kapala

Scott Crawford, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 24, 2009:

      MINUTE entry before the Honorable P. Michael Mahoney:Due to the court's schedule, Telephonic Discovery Hearing reset for 8/27/2009 at 09:45 AM. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.