Brian Gaughan, et al.
                    Plaintiff,

v.                                      Case No.: 1:05−cv−04664
                                          Honorable Frederick J. Kapala

Scott Crawford, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 16, 2009:

      MINUTE entry before the Honorable P. Michael Mahoney: Telephonic Discovery hearing held on 9/16/2009. Telephonic Discovery Hearing set for 11/4/2009 at 10:30 AM. Telephoned notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.