5/05-5458.DT/kda

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| BRIAN GAUGHAN and KEVIN GAUGHAN, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No.: 05 C 4664 ) |
| OFFICER SCOTT CRAWFORD, POLICE CHIEF LARRY MASON, OFFICER KELLY GIVEN, THE CITY OF MARENGO, SPECIAL AGENT WILLIAM KRONCKE, SPECIAL AGENT VIRGIL SCHROEDER and SERGEANT RODNEY RILEY, | ) JUDGE KAPALA ) ) ) ) ) ) ) |
| Defendants. | ) MAGISTRATE MAHONEY ) |

## STIPULATION FOR DISMISSAL OF CLAIMS AGAINST THE MARENGO DEFENDANTS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated between the parties, by and through their respective counsels, that all claims against Defendants Officer Scott Crawford, Officer Kelly Given and the City of Marengo are hereby dismissed, with prejudice, and without costs, the claims against Sergeant Rodney Riley and Police Chief Larry Mason having previously been dismissed.

Respectfully submitted,

| | |
|---|---|
| /s/ Kevin O'Reilly | /s/ Kristen D. Alkire |
| Kevin O'Reilly, Esq. | Kristen D. Alkire, Esq. |
| Attorney for Plaintiffs | Attorneys for Marengo Defendants |
| Law Offices of Kevin E. O'Reilly | Knight, Hoppe, Kurnik & Knight, Ltd. |
| Three First National Plaza | 5600 N. River Road, #600 |
| 70 West Madison Street, Suite 2100 | Rosemont, IL 60018 |
| Chicago, IL 60602 | 847-261-0700; 847-261-0714 |
| 312-726-4510 / 312-726-4512  (fax) | |

Stipulation all Marengo 09-10-14

**CERTIFICATE OF SERVICE**

    The undersigned, one of the attorneys of record herein, hereby certifies that on November 18, 2009, the foregoing was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

- **Peter Chadwell Koch**
  pkoch@atg.state.il.us,mcapra@atg.state.il.us,kdonoghue@atg.state.il.us

- **William W. Kurnik**
  bkurnik@khkklaw.com

- **Kevin E. O'Reilly**
  keolaw@msn.com

- **Melissa K. Ventrone**
  mkv@kevineoreilly.com

                                                /s/ Kristen D. Alkire
                                                Kristen D. Alkire