Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 4664 | **DATE** | 11/24/2009 |
| **CASE TITLE** | Gaughan, et al. Vs. Crawford, et al. | | |

**DOCKET ENTRY TEXT:**

Pursuant to stipulation for dismissal of claims against the Marengo defendants, defendants Officer Scott Crawford, Officer Kelly Given, and the City of Marengo are dismissed with prejudice from this case. Case is pending as to remaining defendants.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sb |
|---|---|---|