# United States District Court
## Northern District of Illinois
### Western Division

Brian Gaughan, et al.                          **JUDGMENT IN A CIVIL CASE**

      v.                                            Case Number: 05 C 4664

Scott Crawford, et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motion for summary judgment is granted. Defendants are granted summary judgment on counts XIX, XX, XXI, and XXII of the third amended complaint. This case is closed.

                                                       Michael W. Dobbins, Clerk of Court

Date: 11/30/2009                            _____
                                                        /s/ Susan Bennehoff, Deputy Clerk