UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN GAUGHAN and KEVIN GAUGHAN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 05 C 4664 |
| OFFICER SCOTT CRAWFORD, et al., | ) ) | Hon. Frederick J. Kapala |
| Defendants. | ) | Hon. P. Michael Mahoney |

## NOTICE OF MOTION

To:   All Parties of Record

PLEASE TAKE NOTICE that on Friday, January 8, 2010, at 9:00 a.m. or as soon thereafter as counsel may be heard, counsel for Illinois State Police Defendants will appear before District Court Judge Frederick J. Kapala, in Room 220 of U.S. District Court for the Northern District of Illinois, Western Division, at 211 South Court Street in Rockford, Illinois, and then and there present their Motion for Costs, a copy of which has been separately served upon you.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

/s/ Peter C. Koch
Peter C. Koch
Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, Illinois  60601
(312) 814-6534

## CERTIFICATE OF SERVICE

The above-signed hereby certifies that a copy of this Notice of Motion was served this 30th day of December 2009 by electronic filing pursuant to Rule XI of the General Order On Electronic Case Filing.